**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **1376 Church LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-1430847** |

4. **Debtor's address**

**Principal place of business**

**1390 Market Street, Suite 200**
**San Francisco, CA 94102**
Number, Street, City, State & ZIP Code

**San Francisco**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | Northern District, San Francisco Division | When | 7/05/23 | Case number | 23-30379 |
| District | | When | | Case number | |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | _____ | Relationship | _____ |
|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**  .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement   connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
    **of authorized**
    **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    11 / 29 / 23
           MM / DD / YYYY

X _____
    Signature of authorized representative of debtor

    **Tony Garnicki**
    Printed name

Title    **Managing Member**

**18. Signature of attorney**

X _____
    Signature of attorney for debtor

Date   11 / 29 / 2023
       MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 271-6223**

Email address   **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

Case: 23-30817    Doc# 1    Filed: 11/29/23    Entered: 11/29/23 19:50:20    Page 5 of 27

Fill in this information to identify the case:

Debtor name    **1376 Church LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on         ✗ _____
                               Signature of individual signing on behalf of debtor

                               **Tony Garnicki**
                               Printed name

                               **Managing Member**
                               Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **1376 Church LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Berber Group LLC 1516 Broadway St. San Francisco, CA 94115** | | **Loan** | | | | **$24,557.38** |
| **Churchill Funding I LLC c/o Snell & Wilmer LLP 600 Anton Blvd., Ste. 1400 Costa Mesa, CA 92626** | | **Mortgage Loan** | **Disputed** | **$5,306,785.00** | **$2,600,000.00** | **$2,745,047.00** |
| **Easy Financial LLC Attn: Lida Kohansameh, Agent 6125 Washington Blvd., Ste. 300 Culver City, CA 90232** | | **Pending lawsuit case # 23STCV07541** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Franchise Tax Board Bankruptcy Section MS: A-340 PO Box 2952 Sacramento, CA 95812-2952** | | **Unpaid taxes** | | | | **$4,004.94** |
| **JP Morgan Chase Bank PO Box 182051 Columbus, OH 43218-2051** | | **Checking account overdraft** | | | | **$36,365.36** |
| **National Asian American Coalition Attn: Elizabeth Tionloc, Agent 318 Westlake Center Ste. 270 Daly City, CA 94015** | | **Mortgage Loan** | | **$200,000.00** | **$2,600,000.00** | **$200,000.00** |

Case: 23-30817   Doc# 1   Filed: 11/29/23   Entered: 11/29/23 19:50:20   Page 7 of 27

**Fill in this information to identify the case:**

Debtor name **1376 Church LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $ **2,600,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................. $ **5.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................ $ **2,600,005.00**

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **6,648,323.22**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ **4,004.94**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ **64,926.01**

4. **Total liabilities** ..............................................................................................................
   Lines 2 + 3a + 3b                                                                                               $ **6,717,254.17**

Case: 23-30817   Doc# 1   Filed: 11/29/23   Entered: 11/29/23 19:50:20   Page 8 of 27

**Fill in this information to identify the case:**

Debtor name   **1376 Church LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **DIP checking account** | **9487** | **$5.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$5.00**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Case: 23-30817   Doc# 1   Filed: 11/29/23   Entered: 11/29/23 19:50:20   Page 9 of 27

Debtor    **1376 Church LLC**                                    Case number *(If known)* _____
          Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Commercial property located at 1376 Church Street, San Francisco, CA 94114 94114-3949, APN 6552-005 9 bedrooms, 6 baths Living Area: 5,130 sq. feet, Lot Area: 2,317 Sq. feet** | 100% fee simple | $0.00 | | $2,600,000.00 |

**56.    Total of Part 9.**                                                                      $2,600,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                    page 2

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
　　■ No
　　☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
　　■ No
　　☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

　　■ No. Go to Part 11.
　　☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　☐ No. Go to Part 12.
　　■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
| --- | --- |

71.  **Notes receivable**
　　Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
　　Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**
　　**Debtor intends to prosecute adversary proceeding against the Saratoga RealEstate Investments LLC, Churchill Funding 1 LLC, title company concerning the 2022 refinance of the real property of the estate and the failure to subordinate the Saratoga lien post-refinance.**

| Nature of claim | **Causes of action may include negligence, breach of fiduciary duty** |
| --- | --- |
| Amount requested | **$0.00** |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Unknown**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**
　　Add lines 71 through 77. Copy the total to line 90.

|  |
| --- |
| **$0.00** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
　　■ No
　　☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................> | | $2,600,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5.00 | + 91b.  $2,600,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,600,005.00 |

Debtor name  **1376 Church LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** | **Churchill Funding I LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Commercial property located at 1376 Church Street, San Francisco, CA 94114 94114-3949, APN 6552-005**<br>**9 bedrooms, 6 baths**<br>**Living Area: 5,130 sq. feet, Lot Area: 2,317 Sq. feet** | **$5,306,785.00** | **$2,600,000.00** |

**2.1  Churchill Funding I LLC**
Creditor's Name

**c/o Snell & Wilmer LLP
600 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**3/2/2022 (assigned 8/8/2022**

**Last 4 digits of account number**
**7102**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. San Francisco Assessor Recorder
2. Churchill Funding I LLC
3. Saratoga Real Estate Investments, LLC
4. National Asian American Coalition
5. National Asian American Coalition
6. San Fransico Dept. of Public Health**

Describe debtor's property that is subject to a lien
**Commercial property located at 1376 Church Street, San Francisco, CA 94114 94114-3949, APN 6552-005**
**9 bedrooms, 6 baths**
**Living Area: 5,130 sq. feet, Lot Area: 2,317 Sq. feet**

Describe the lien
**Mortgage loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| | | | | |
|---|---|---|---|---|
| **2.2** | **National Asian American Coalition** | Describe debtor's property that is subject to a lien | **$150,000.00** | **$2,600,000.00** |

---

**Creditor's Name**

**Attn: Elizabeth Tionloc, Agent**
**318 Westlake Center Ste. 270**
**Daly City, CA 94015**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/8/2023**

**Last 4 digits of account number**
**n/a**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**Commercial property located at 1376 Church Street, San Francisco, CA 94114 94114-3949, APN 6552-005**
**9 bedrooms, 6 baths**
**Living Area: 5,130 sq. feet, Lot Area: 2,317 Sq. feet**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | **National Asian American Coalition** | | | |
|---|---|---|---|---|

**Creditor's Name**

**Attn: Elizabeth Tionloc, Agent**
**318 Westlake Center Ste. 270**
**Daly City, CA 94015**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/8/2023**

**Last 4 digits of account number**
**8090**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**    $200,000.00    $2,600,000.00
**Commercial property located at 1376 Church Street, San Francisco, CA 94114 94114-3949, APN 6552-005**
**9 bedrooms, 6 baths**
**Living Area: 5,130 sq. feet, Lot Area: 2,317 Sq. feet**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **San Francisco Assessor Recorder** | | | |
|---|---|---|---|---|

**Creditor's Name**

**1 Dr. Carlton B. Goodlett Pl #190**
**San Francisco, CA 94103**

**Describe debtor's property that is subject to a lien**    $38,262.00    $2,600,000.00
**Commercial property located at 1376 Church Street, San Francisco, CA 94114 94114-3949, APN 6552-005**
**9 bedrooms, 6 baths**
**Living Area: 5,130 sq. feet, Lot Area: 2,317 Sq. feet**

---

Debtor    **1376 Church LLC**
        Name
                                                                             Case number (*if known*)

Creditor's mailing address

**Describe the lien**
**Property tax**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022 - 2023**

**Last 4 digits of account number**
**2005**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **San Fransico Dept. of Public Health** | **Describe debtor's property that is subject to a lien** | $809.02 | $2,600,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Commercial property located at 1376 Church Street, San Francisco, CA 94114 94114-3949, APN 6552-005**
**9 bedrooms, 6 baths**
**Living Area: 5,130 sq. feet, Lot Area: 2,317 Sq. feet**

Attn: Refuse Lien Unit
49 South Van Ness Ave.,
Ste. 600
Van Nuys, CA 91410

Creditor's mailing address

**Describe the lien**
**Involuntary Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/23/2023**

**Last 4 digits of account number**
**7039**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Saratoga Real Estate Investments, LLC** | **Describe debtor's property that is subject to a lien** | $952,467.20 | $2,600,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Commercial property located at 1376 Church Street, San Francisco, CA 94114 94114-3949, APN 6552-005**
**9 bedrooms, 6 baths**
**Living Area: 5,130 sq. feet, Lot Area: 2,317 Sq. feet**

c/o Miller Starr Regalia
1331 N. California Blvd.,
Ste. 600
Walnut Creek, CA 94596

Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

| Debtor | 1376 Church LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3/31/2022**

**Last 4 digits of account number**
**0300**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| |
|---|
| $6,648,323.22 |

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Churchill Funding 1 LLC**<br>**Attn: Managing Member**<br>**1800 Camden Rd., Ste. 107-254**<br>**Charlotte, NC 28203** | Line **2.1** | |
| **Dragon Properties, Inc.**<br>**Attn: Rolando L. Lavarias, Agent**<br>**1180 South Mayfair Ave**<br>**Daly City, CA 94015** | Line **2.2** | |
| **Easy Financial LLC**<br>**Attn: Lida Kohansameh, Agent**<br>**6125 Washington Blvd., Ste. 300**<br>**Culver City, CA 90232** | Line **2.1** | |
| **FCI Lender Services, Inc**<br>**8180 E. Kaiser Blvd**<br>**Anaheim, CA 92808** | Line **2.1** | |
| **Saratoga Real Estate Investments, LLC**<br>**c/o Sreeram Pydah, Principal**<br>**835 Tolentino Court**<br>**Livermore, CA 94550** | Line **2.6** | |
| **Saratoga Real Estate Investments, LLC**<br>**Attn: 1505 Corporation**<br>**2108 N. St., Ste. C**<br>**Sacramento, CA 95816** | Line **2.6** | |
| **Saratoga Real Estate Investments, LLC**<br>**c/o Michael E. Di Geronimo**<br>**Miller Starr Regalia**<br>**1331 N. California Blvd., Ste. 600**<br>**Walnut Creek, CA 94596** | Line **2.6** | |
| **Saratoga Real Estate Investments, LLC**<br>**4106 Wilkie Way**<br>**Palo Alto, CA 94306** | Line **2.6** | |

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Section MS: A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,004.94 | $3,360.99 |
| Date or dates debt was incurred<br>**2020 - 2023** | Basis for the claim:<br>**Unpaid taxes** | | |
| Last 4 digits of account number __0409__<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Berber Group LLC**<br>**1516 Broadway St.**<br>**San Francisco, CA 94115** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24,557.38 |
| Date(s) debt was incurred __12/10/2020 - 6/14/2023__<br>Last 4 digits of account number __n/a__ | Basis for the claim: __Loan__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**Easy Financial LLC**<br>**Attn: Lida Kohansameh, Agent**<br>**6125 Washington Blvd., Ste. 300**<br>**Culver City, CA 90232** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
| Date(s) debt was incurred __2023__<br>Last 4 digits of account number __7541__ | Basis for the claim: __Pending lawsuit case # 23STCV07541__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

24271

Case: 23-30817   Doc# 1   Filed: 11/29/23   Entered: 11/29/23 19:50:20   Page 17 of 27

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,365.36** |
|---|---|---|---|

**JP Morgan Chase Bank**
**PO Box 182051**
**Columbus, OH 43218-2051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __9/30//2022__

Basis for the claim:  __Checking account overdraft__

Last 4 digits of account number  __n/a__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,003.27** |
|---|---|---|---|

**U.S. Bank, N.A.**
**425 Walnut St.**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2022__

Basis for the claim:  __Bank overdraft__

Last 4 digits of account number  __n/a__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**UMB Bank, N.A.**
**c/o Steyer Lowenthal Boodrookas**
**Alvarex & Smith LLP**
**235 Pine St., 15th Fl.**
**San Francisco, CA 94104**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __2023__

Basis for the claim:  __Pending lawsuit__

Last 4 digits of account number  __0507__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **4,004.94** |
| 5b. Total claims from Part 2 | 5b. + | $ | **64,926.01** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **68,930.95** |

Case: 23-30817   Doc# 1   Filed: 11/29/23   Entered: 11/29/23 19:50:20   Page 18 of 27

**Fill in this information to identify the case:**

Debtor name __1376 Church LLC__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Case: 23-30817    Doc# 1    Filed: 11/29/23    Entered: 11/29/23 19:50:20    Page 19 of 27

Debtor name  **1376 Church LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
  amended filing

Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **National Asian American Coalition** | **Attn: Elizabeth Tionloc, Agent 318 Westlake Center Ste. 270 Daly City, CA 94015** | **UMB Bank, N.A.** | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.2 | **Saratoga Real Estate Investments, LLC** | **c/o Miller Starr Regalia 1331 N. California Blvd., Ste. 600 Walnut Creek, CA 94596** | **UMB Bank, N.A.** | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.3 | **Tony Garnicki** | **4371 17th Street San Francisco, CA 94114** | **Churchill Funding I LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Tony Garnicki** | **4371 17th Street San Francisco, CA 94114** | **National Asian American Coalition** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

| Debtor | **1376 Church LLC** | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | Tony Garnicki | 4371 17th Street<br>San Francisco, CA 94114 | Saratoga Real Estate<br>Investments, LLC | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Tony Garnicki | 4371 17th Street<br>San Francisco, CA 94114 | UMB Bank, N.A. | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |

# United States Bankruptcy Court
## Northern District of California

In re   **1376 Church LLC**

                                     Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Tony Garnicki<br>4371 17th Street<br>San Francisco, CA 94114 | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, Tony Garnicki am the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    11/29/23           Signature    _Tony Garnicki_

                                               Tony Garnicki

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

**1376 Church LLC**

_____ Debtor(s).          /

**CREDITOR MATRIX COVER SHEET**

I declare that the attached Creditor Mailing Matrix, consisting of __3__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:   11/29/2023

_____
Signature of Debtor's Attorney or Pro Per Debtor

Berber Group LLC
1516 Broadway St.
San Francisco, CA 94115


Churchill Funding 1 LLC
Attn: Managing Member
1800 Camden Rd., Ste. 107-254
Charlotte, NC 28203


Churchill Funding I LLC
c/o Snell & Wilmer LLP
600 Anton Blvd., Ste. 1400
Costa Mesa, CA 92626


Dragon Properties, Inc.
Attn: Rolando L. Lavarias, Agent
1180 South Mayfair Ave
Daly City, CA 94015


Easy Financial LLC
Attn: Lida Kohansameh, Agent
6125 Washington Blvd., Ste. 300
Culver City, CA 90232


FCI Lender Services, Inc
8180 E. Kaiser Blvd
Anaheim, CA 92808


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


JP Morgan Chase Bank
PO Box 182051
Columbus, OH 43218-2051

National Asian American Coalition
Attn: Elizabeth Tionloc, Agent
318 Westlake Center Ste. 270
Daly City, CA 94015


San Francisco Assessor Recorder
1 Dr. Carlton B. Goodlett Pl #190
San Francisco, CA 94103


San Fransico Dept. of Public Health
Attn: Refuse Lien Unit
49 South Van Ness Ave., Ste. 600
Van Nuys, CA 91410


Saratoga Real Estate Investments, LLC
c/o Miller Starr Regalia
1331 N. California Blvd., Ste. 600
Walnut Creek, CA 94596


Saratoga Real Estate Investments, LLC
c/o Sreeram Pydah, Principal
835 Tolentino Court
Livermore, CA 94550


Saratoga Real Estate Investments, LLC
4106 Wilkie Way
Palo Alto, CA 94306


Saratoga Real Estate Investments, LLC
c/o Michael E. Di Geronimo
Miller Starr Regalia
1331 N. California Blvd., Ste. 600
Walnut Creek, CA 94596


Saratoga Real Estate Investments, LLC
Attn: 1505 Corporation
2108 N. St., Ste. C
Sacramento, CA 95816

Tony Garnicki
4371 17th Street
San Francisco, CA 94114


U.S. Bank, N.A.
425 Walnut St.
Cincinnati, OH 45202


UMB Bank, N.A.
c/o Steyer Lowenthal Boodrookas
Alvarex & Smith LLP
235 Pine St., 15th Fl.
San Francisco, CA 94104

# United States Bankruptcy Court
## Northern District of California

In re    <u>**1376 Church LLC**</u>

                       Debtor(s)

Case No.

Chapter    <u>**11**</u>

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   <u>**1376 Church LLC**</u>   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_____ 11/29/2023 _____

Date

_____

**Michael Jay Berger**

Signature of Attorney or Litigant

Counsel for    **1376 Church LLC**

**Law Offices of Michael Jay Berger**

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax:(310) 271-9805**
**michael.berger@bankruptcypower.com**